IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corporation, | ) ) ) |
| Plaintiff, | ) 8:08CV366 ) ) |
| v. | ) ) ORDER OF DISMISSAL |
| JOHN CAMPBELL, and AT HOME SENIOR CARE, INC., a New York Corp., | ) ) ) ) |
| Defendants. | ) ) ) |

    This matter is before the court on plaintiff's motion to dismiss without prejudice, Filing No. 9. Defendants have filed no response, and the court finds this motion should be granted.

    THEREFORE, IT IS ORDERED that plaintiff's motion to dismiss without prejudice, Filing No. 9, is granted.

    DATED this 30th day of September, 2008.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE